

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Bindu A. Palapura
Associate
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Fax

November 13, 2012

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    **Robert Bosch LLC v. Alberee Products, Inc., et al. (C.A. No. 12-574-LPS)**

Dear Judge Stark:

    Enclosed is Plaintiff's Proposed Order Denying Defendants' Motion to Stay of Proceedings (D.I. 6), as requested by Your Honor during the November 8, 2012 hearing with the Court.

                                      Respectfully,

                                      */s/ Bindu A. Palapura*

                                      Bindu A. Palapura

BAP:nmt
1082851 / 39026

Enclosure
cc:    Clerk of the Court (Via Hand Delivery)
        Counsel of Record (Via Electronic Mail)