# O'KELLY ERNST & BIELLI, LLC

| Sean T. O'Kelly, Esquire | 901 N. Market Street |
| SOKelly@oeblegal.com | Suite 1000 |
| Direct: (302) 778-4001 | Wilmington, DE 19801 |
| | Phone: (302) 778-4000 |
| | Fax: (302) 295-2873 |

September 29, 2014

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Unit 26
Room 6124
Wilmington, DE  19801-3555

    Re:    *Robert Bosch LLC v. Alberee Products, Inc., et al.*,
              C.A. Nos. 12-574-LPS; 14-142-LPS

Dear Chief Judge Stark:

     This firm represents Defendants Alberee Products, Inc., Saver Automotive Products, Inc., and API Korea Co. Ltd. (collectively, "Alberee") in the above-referenced action.  I write today to notify Your Honor that Alberee opposes Plaintiff Robert Bosch LLC's letter request for leave to file an amended complaint (C.A. No. 12-574-LPS, D.I. 74).  Alberee will submit a formal opposition to the Plaintiff's request shortly; however, as the relief requested was submitted to Your Honor via letter, Alberee wished to apprise Your Honor as quickly as possible of its intention to oppose the motion.

     Counsel is available should Your Honor have any questions.

                               Respectfully submitted,

                               */s/ Sean T. O'Kelly*

                               Sean T. O'Kelly (#4349)

Cc:    Counsel of Record (via electronic filing only)