# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>*Plaintiff(s)*<br>v.<br>ALBEREE PRODUCTS, INC., API KOREA CO., LTD., SAVER AUTOMOTIVE PRODUCTS, INC., and COSTCO WHOLESALE CORPORATION<br><br>*Defendant(s)* | Civil Action No. 12-574-LPS, 14-142-LPS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COSTCO WHOLESALE CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
1313 N. Market Street, Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com; dmoore@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/10/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-574-LPS, 14-142-LPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Costco Wholesale Corporation
was received by me on *(date)* 10/10/14.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy McLaren, who is designated by law to accept service of process on behalf of *(name of organization)* Costco Wholesale Corp. c/o Corporation Trust Company on *(date)* 10/10/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/10/14

Tom Williams
*Server's signature*

Tom Williams – Process Server
*Printed name and title*

230 N. Market St.
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: