**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT BOSCH LLC,                )<br>                                                  )<br>         Plaintiff,                          )<br>                                                  )<br>     v.                                         )<br>                                                  )<br>ALBEREE PRODUCTS, INC.,           )<br>API KOREA CO., LTD.,                  )<br>SAVER AUTOMOTIVE PRODUCTS, INC.   )<br>and COSTCO WHOLESALE CORPORATION, )<br>                                                  )<br>         Defendants.                      | C.A. No.  12-574-LPS<br>                14-142-LPS |

## STIPULATION AND AGREED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Robert Bosch LLC and Defendants Alberee Products, Inc., Saver Automotive Products, Inc. and API Korea Co., Ltd., subject to the approval of the Court, that the deadline for Defendants responses to Plaintiff's Consolidated Amended Complaint, which are currently due October 27, 2014, is extended to October 31, 2014.

O'KELLY ERNST & BIELLI, LLC

By: */s/  Sean T. O'Kelly*
    Sean T. O'Kelly (#4349)
    901 N. Market St., Suite 1000
    Wilmington, Delaware  19801
    Tel:  (302) 778-4000
    sokelly@oeblegal.com

POTTER ANDERSON & CORROON LLP

By:   */s/  David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Robert J. Kenney<br>Michael T. Smith<br>Wilford W. Cowart<br>John D.V. Ferman<br>BIRCH, STEWART, KOLASCH &<br>BIRCH, LLP<br>8110 Gatehouse Road, Suite 100 East<br>P.O. Box 747<br>Falls Church, VA 22040-0747<br>(703) 205-8000<br>rjk@bskb.com<br>Michael.T.Smith@bskb.com<br>wwc@bskb.com<br>John.D.V.Fernan@bskb.com | Jeffrey S. Ginsberg<br>Mark A. Hannemann<br>Rose Cordero Prey<br>Ksenia Takhistova<br>Eric T. Schreiber<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>Tel.: (212) 425-7200<br>jginsberg@kenyon.com<br>mhannemann@kenyon.com<br>rprey@kenyon.com<br>ktakhistova@kenyon.com<br>eschreiber@kenyon.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff Robert Bosch LLC* |

IT IS SO ORDERED this _____ day of _____, 2014.

_____
Chief Judge Leonard P. Stark
United States District Court Judge