# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574-LPS |
| | ) (consolidated) |
| ALBEREE PRODUCTS, INC., | ) |
| API KOREA CO., LTD., and | ) **JURY TRIAL DEMANDED** |
| SAVER AUTOMOTIVE PRODUCTS, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT AND EXTEND A DEADLINE

WHEREAS, Plaintiff Robert Bosch LLC ("Bosch") requested Defendants' consent to file a second amended complaint including additional accused products and an asserted patent, attached as Exhibit 1;

WHEREAS, Defendants, through their counsel, agree that Bosch may file its second amended complaint, provided that Bosch submits its initial infringement contentions including all accused products and all asserted patents on October 31, 2014, and further provided that the deadline for Defendants to submit their initial invalidity contentions for all asserted patents, currently set for November 14, 2014, be extended up to and including December 15, 2014;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Bosch and Defendants, subject to the approval of the Court, that Bosch may file its second amended complaint in substantially the form attached as Exhibit 1 hereto; that Bosch's initial infringement contentions are due by October 31, 2014; and that the deadline for Defendants to submit their initial invalidity contentions for all asserted patents is extended up to and including December 15, 2014.

| POTTER ANDERSON & CORROON LLP | O'KELLY ERNST & BIELLI, LLC |
|---|---|
| By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com | By: */s/ Sean T. O'Kelly*<br>    Sean T. O'Kelly (#4349)<br>    901 N. Market Street, 10th Floor<br>    Wilmington, DE  19801<br>    Tel: (302) 778-4000<br>    sokelly@oeblegal.com |
| OF COUNSEL:<br><br>    Mark A. Hannemann<br>    Jeffrey S. Ginsberg<br>    Rose Cordero Prey<br>    Ksenia Takhistova<br>    KENYON & KENYON LLP<br>    One Broadway<br>    New York, NY 10004<br>    Tel.: (212) 425-7200 | OF COUNSEL:<br><br>    Robert J. Kenney<br>    Michael T. Smith<br>    Wilford W. Cowart<br>    John D.V. Ferman<br>    BIRCH, STEWART, KOLASCH &<br>    BIRCH, LLP<br>    8110 Gatehouse Road, Suite 100 East<br>    P.O. Box 747<br>    Falls Church, VA 22040-0747<br>    (703) 205-8000 |
| *Attorneys for Plaintiff Robert Bosch LLC* | |
| Dated:  October 27, 2014<br>1170120 / 39026 | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2014.

_____
Chief Judge Leonard P. Stark
United States District Court Judge