IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574 (LPS) |
| | ) (CONSOLIDATED) |
| ALBEREE PRODUCTS, INC., API KOREA | ) |
| CO., LTD., SAVER AUTOMOTIVE | ) |
| PRODUCTS, INC., and COSTCO | ) |
| WHOLESALE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James W. Dabney and Richard M. Koehl of Hughes Hubbard & Reed LLP to represent Costco Wholesale Corporation in the above-captioned matter.

In accordance with the Standing Order for District Court Fund effective March 25, 2014, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Thomas Curry*
Mary B. Graham (#2256)
Thomas Curry (#5877)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
tcurry@mnat.com
 *Attorneys for Costco Wholesale Corporation*

- 2 -

OF COUNSEL:

James W. Dabney
Richard M. Koehl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

October 30, 2014
8634874

        SO ORDERED this ___ day of _____, 2014.

                                                      CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, James W. Dabney, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: October 30, 2014

James W. Dabney
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone (212) 837-6000
james.dabney@hugheshubbard.com

8632946

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Richard M. Koehl, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 10/30/14

Richard M. Koehl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone (212) 837-6000
richard.koehl@hugheshubbard.com

8632997