IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574 (LPS) |
| | ) (CONSOLIDATED) |
| ALBEREE PRODUCTS, INC., API KOREA | ) |
| CO., LTD., SAVER AUTOMOTIVE | ) |
| PRODUCTS, INC., and COSTCO | ) |
| WHOLESALE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Costco's First Set of Requests to Bosch for Production of Documents and Things (Nos. 1-15)* were caused to be served on November 3, 2014, upon the following in the manner indicated.

Richard L. Horwitz  
David E. Moore  
Bindu A. Palapura  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, DE 19801  
(302) 984-6000  
*Attorneys for Plaintiff*

*BY HAND DELIVERY **BEFORE 6:00 P.M.**  
AND  
COURTESY COPIES BY ELECTRONIC MAIL*

Jeffrey S. Ginsberg  
Mark A. Hannemann  
Kenyon & Kenyon LLP  
One Broadway  
New York, NY 10004  
(212) 425-7200  
*Attorneys for Plaintiff*

*COURTESY COPIES BY ELECTRONIC MAIL*

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Thomas Curry*
        Mary B. Graham (#2256)
        Thomas Curry (#5877)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        mgraham@mnat.com
        tcurry@mnat.com
          *Attorneys for Costco Wholesale Corporation*

OF COUNSEL:

James W. Dabney
Richard M. Koehl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

November 3, 2014