**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574-LPS |
| | ) (consolidated) |
| ALBEREE PRODUCTS, INC., | ) |
| API KOREA CO., LTD., | ) **JURY TRIAL DEMANDED** |
| SAVER AUTOMOTIVE PRODUCTS, INC., | ) |
| and COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on November 3, 2014 upon the following attorneys of record at the following addresses as indicated:

ROBERT BOSCH LLC'S OBJECTIONS AND RESPONSES TO SAVER AUTOMOTIVE PRODUCTS, INC.'S FIRST SET OF INTERROGATORIES **[CONTAINS INFORMATION DESIGNATED "HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY" PURSUANT TO PROTECTIVE ORDER]**

PLAINTIFF ROBERT BOSCH LLC'S OBJECTIONS AND RESPONSES TO DEFENDANT SAVER AUTOMOTIVE PRODUCTS, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

**VIA ELECTRONIC MAIL**

Sean T. O'Kelly
Daniel P. Murray
O'Kelly Ernst & Bielli, LLC
901 N. Market St., Suite 1000
Wilmington, Delaware 19801
sokelly@oeblegal.com
dmurray@oeblegal.com
*Attorneys for Defendants Alberee Products, Inc. d/b/a Saver Automotive Products, Inc., API Korea Co., Ltd. and Saver Automotive Products, Inc.*

Mary B. Graham
Thomas Curry
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
tcurry@mnat.com
*Attorneys for Defendant Costco Wholesale Corporation*

Robert J. Kenney
Michael T. Smith
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
rjk@bskb.comq
Michael.T.Smith@bskb.com
*Attorneys for Defendants Alberee Products, Inc. d/b/a Saver Automotive Products, Inc., API Korea Co., Ltd. and Saver Automotive Products, Inc.*

James W. Dabney
Richard M. Koehl
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
james.dabney@hugheshubbard.com
richard.koehl@hugheshubbard.com
*Attorneys for Defendant Costco Wholesale Corporation*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Mark A. Hannemann
Jeffrey S. Ginsberg
Rose Cordero Prey
Ksenia Takhistova
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200

Dated: November 4, 2014
1170925 / 39026

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiff Robert Bosch LLC*