IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574-LPS |
| | ) (consolidated) |
| ALBEREE PRODUCTS, INC., | ) |
| API KOREA CO., LTD., | ) **JURY TRIAL DEMANDED** |
| SAVER AUTOMOTIVE PRODUCTS, INC., | ) |
| and COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the attached document was caused to be served on November 7, 2014, upon the following attorneys of record as indicated below:

> AMENDED 30(b)(6) JURISDICTIONAL NOTICE OF
> DEPOSITION OF API

**VIA ELECTRONIC MAIL**

Sean T. O'Kelly
Daniel P. Murray
O'Kelly Ernst & Bielli, LLC
901 N. Market St., Suite 1000
Wilmington, Delaware 19801
sokelly@oeblegal.com
dmurray@oeblegal.com
*Attorneys for Defendants Alberee Products, Inc. d/b/a Saver Automotive Products, Inc., API Korea Co., Ltd. and Saver Automotive Products, Inc.*

Robert J. Kenney
Michael T. Smith
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
rjk@bskb.com
Michael.T.Smith@bskb.com
*Attorneys for Defendants Alberee Products, Inc. d/b/a Saver Automotive Products, Inc., API Korea Co., Ltd. and Saver Automotive Products, Inc.*

Mary B. Graham
Thomas Curry
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
tcurry@mnat.com
*Attorneys for Defendant Costco Wholesale Corporation*

James W. Dabney
Richard M. Koehl
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
james.dabney@hugheshubbard.com
richard.koehl@hugheshubbard.com
*Attorneys for Defendant Costco Wholesale Corporation*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Mark A. Hannemann
Jeffrey S. Ginsberg
Rose Cordero Prey
Ksenia Takhistova
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200

Dated: November 7, 2014
1171663 / 39026

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiff Robert Bosch LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALBEREE PRODUCTS, INC.,<br>API KOREA CO., LTD.,<br>SAVER AUTOMOTIVE PRODUCTS, INC.,<br>AND COSTCO WHOLESALE<br>CORPORATION<br><br>Defendants. | C.A. No. 12-574-LPS, 14-142-LPS |

## AMENDED 30(b)(6) JURISDICTIONAL NOTICE OF DEPOSITION OF API

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Robert Bosch LLC ("Bosch"), by and through its attorneys, will take the deposition upon oral examination of Defendant API Korea Co. Ltd. ("API") commencing on November 10, 2014 at 10:00 am at the offices of Birch, Stewart, Kolasch & Birch, LLP, 8110 Gatehouse Road Suite 100 East, Falls Church, Virginia 22042, or at such other time and place as may be agreed upon by counsel, and will continue from day to day, until completed, with such adjournments as to time and place as may be necessary. The testimony will be taken before a court reporter, notary public, or other person authorized by law to administer oaths and will be recorded by stenographic, audio and visual means.

Pursuant to Rule 30(b)(6), API shall designate one or more of its officers, directors, or managing agents, or designate other persons who consent to testify on its behalf as to all matters known or reasonably available to API with respect to each of the Topics of Examination set forth in Schedule A. Bosch requests that API identify each person so designated and the matters on which each such person designated will testify in advance of the deposition.

Dated: November 7, 2014                 By: /s/ *Ksenia Takhistova*

                                        Richard L. Horwitz (#2246)
                                        David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Mark A. Hannemann
Jeffrey S. Ginsberg
Rose Cordero Prey
Ksenia Takhistova
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200
mhannemann@kenyon.com
jginsberg@kenyon.com
rprey@kenyon.com
ktakhistova@kenyon.com

*Attorneys for Plaintiff Robert Bosch LLC*

## SCHEDULE A

## DEFINITIONS

Bosch LLC incorporates by reference the definitions set forth in *Plaintiff Robert Bosch LLC's First Set of Jurisdictional Interrogatories to Defendants API Korea Co., Ltd. (Nos. 1–2)* and *Plaintiff Robert Bosch LLC's First Set of Jurisdictional Requests to API Korea Co. Ltd. for Production of Documents and Things (Nos. 1–13).*

## TOPICS OF EXAMINATION

1. The relationship, legal, financial or otherwise, past and present, between API and/or Choon Bae Lee on the one hand, and Alberee, Saver and/or Albert Lee on the other, including but not limited to any ownership interests and Affiliates shared between or among API and/or Choon Bae Lee on the one hand, and Alberee, Saver and/or Albert Lee on the other, and any parent company-subsidiary, licensee-licensor, assignee-assignor, or other relationship, including but not limited to any relationship involving the development, design, testing, manufacture, distribution, sale and/or offer for sale of any component of any of the Accused Products.

2. The relationship between API and/or Choon Bae Lee on the one hand, and Alberee, Saver and/or Albert Lee on the other as the relationship relates to the filing of any patent applications, including but not limited to any Korean patent applications filed by or on behalf of API that name Albert Lee as an inventor.

3. Patent applications filed by or on behalf of API that name Albert Lee as an inventor.

4. The financial relationship between API on the one hand, and Alberee and/or Saver on the other, including but not limited to any payments made or other financial transactions between the companies.

5. The corporate structure and governance of API, including the identity of each legal entity within API, or related directly or indirectly to API.

6. The solvency and capitalization of API, including capital contributions made in the past 3 years.

7. Purchase agreements between API and Alberee, and API and Saver, including without limitation payments made under any such agreements.

8. API's customers for any components of the Accused Products, and purchase agreements between API and each such customer.

9. API's knowledge of Bosch's claims of infringement of one or more of Bosch's Asserted Patents, including but not limited to API's awareness of Bosch's claims of contributory and

3

induced infringement of its patents by API.

10. API's supplying of components of the Accused Products, including without limitation API's knowledge that such Accused Products are being distributed, sold, or offered for sale in the State of Delaware.

11. Steps taken by API since the filing of the ITC Action to prevent the Accused Products for which API supplies components from being distributed, sold, or being offered for sale in the State of Delaware, or to prevent infringement, contributory infringement, or inducement of the infringement of any of the asserted claims of the Asserted Patents.

12. API's contention that this Court does not have personal jurisdiction over API.

13. API's contention that the United States District Court for the District of Maryland has personal jurisdiction over API.

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014 a true and correct copy of the foregoing document was served on defendants by causing it to be delivered to the counsel of record in the following manner:

By Email:

Robert J. Kenney
Michael T. Smith
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East, P.O. Box 747
Falls Church, VA 22040-0747
Tel: (703) 205-8000
rjk@bskb.com
Michael.T.Smith@bskb.com

Sean T. O'Kelly
Daniel P. Murray
O'Kelly, Ernst & Bielli, LLC
901 N. Market St., Suite 1000
Wilmington, Delaware 19801
(302) 778-4001
(302) 295-2873
sokelly@oeblegal.com
dmurray@oeblegal.com
*Attorneys for Saver Automotive Products, Inc., Alberee Products, Inc., and API Korea Co., Ltd.*

James W. Dabney
Richard M. Koehl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel. (212) 837-6000
james.dabney@hugheshubbard.com
richard.koehl@hugheshubbard.com

Mary B. Graham (#2256)
Thomas Curry (#5877)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
Tel. (302) 658-9200
mgraham@mnat.com
tcurry@mnat.com
*Attorneys for Costco Wholesale Corporation*

5

/s/ *Corey J. Betker*

Corey J. Betker
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200

*Attorney for Plaintiff Robert Bosch LLC*

6