**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT BOSCH LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBEREE PRODUCTS, INC., ) <br> API KOREA CO., LTD., ) <br> SAVER AUTOMOTIVE PRODUCTS, INC., ) <br> and COSTCO WHOLESALE CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 12-574-LPS <br> (consolidated) <br><br> **JURY TRIAL DEMANDED** |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on November 7, 2014, upon the following attorneys of record at the following addresses as indicated:

> PLAINTIFF ROBERT BOSCH LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT COSTCO WHOLESALE CORPORATION (NOS. 1–40)
>
> PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT COSTCO WHOLESALE CORPORATION (NOS. 1–10)

## <u>VIA HAND DELIVERY</u>

Mary B. Graham
Thomas Curry
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Defendant Costco Wholesale Corporation*

2

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Mark A. Hannemann | David E. Moore (#3983) |
| Jeffrey S. Ginsberg | Bindu A. Palapura (#5370) |
| Rose Cordero Prey | Hercules Plaza, 6th Floor |
| Ksenia Takhistova | 1313 N. Market Street |
| KENYON & KENYON LLP | Wilmington, DE 19801 |
| One Broadway | Tel: (302) 984-6000 |
| New York, NY 10004 | rhorwitz@potteranderson.com |
| Tel.: (212) 425-7200 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Dated: November 7, 2014 |  |
| 1171677 / 39026 | *Attorneys for Plaintiff Robert Bosch LLC* |