IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574 (LPS) |
| | ) |
| ALBEREE PRODUCTS, INC., API KOREA CO., LTD., SAVER AUTOMOTIVE PRODUCTS, INC., and COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION BETWEEN BOSCH AND COSTCO TO
EXTEND CERTAIN CASE DEADLINES APPLICABLE AS TO THEM**

WHEREAS Defendant Costco Wholesale Corporation ("Costco") became a party to this action on October 10, 2014, after the entry of the Court's Scheduling Order (D.I. 67) on September 10, 2014, by way of the Consolidated Amended Complaint (D.I. 84) filed by Plaintiff Robert Bosch LLC ("Bosch");

WHEREAS Costco has requested that certain case deadlines applicable to Costco be extended and, in light of Costco's becoming a party after the entry of the Scheduling Order, that deadlines for Costco's making certain disclosures contemplated by the Scheduling Order be set as follows;

WHEREAS Bosch has agreed to Costco's proposed deadlines upon Costco's agreement that certain deadlines applicable to Bosch be similarly extended or set as follows;

IT IS HEREBY STIPULATED by Bosch and Costco, subject to the approval of the Court, that the following deadlines, as applicable to Bosch and Costco only, shall be extended or set as set forth below. Bosch and Costco further agree that all other dates in the Court's Scheduling Order (D.I. 67) remain unchanged.

| Event | Current Date | Amended Date |
|---|---|---|
| Costco's Response to Bosch's Second Amended Complaint | November 17, 2014 | December 23, 2014 |
| Costco's Rule 26 Initial Disclosures and Production of "Core Technical Documents" | Initial Disclosures: August 29, 2014<br><br>Core Technical Documents: October 17, 2014 | December 23, 2014 |
| Bosch's Objections and Responses to the Discovery Requests Served by Costco on November 3, 2014 | December 3, 2014 | January 16, 2015 |
| Costco's Objections and Responses to the Discovery Requests Served by Bosch on November 7, 2014 | December 8, 2014 | January 23, 2015 |
| Costco's Initial Invalidity Contentions | December 15, 2014 | January 23, 2015 |
| Bosch's Response to Any Counterclaims Asserted by Costco | n/a | February 6, 2015 |

POTTER ANDERSON & CORROON LLP    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ David E. Moore*    */s/ Thomas Curry*

Richard L. Horwitz (#2246)    Mary B. Graham (#2256)
David E. Moore (#3983)    Thomas Curry (#5877)
Bindu A. Palapura (#5370)    1201 N. Market Street
Hercules Plaza, 6th Floor    P.O. Box 1347
1313 N. Market Street    Wilmington, DE  19899-1347
Wilmington, DE 19801    (302) 658-9200
(302) 984-6000    mgraham@mnat.com
rhorwitz@potteranderson.com    tcurry@mnat.com
dmoore@potteranderson.com       *Attorneys for Costco Wholesale Corporation*
bpalapura@potteranderson.com
  *Attorneys for Robert Bosch LLC*

November 17, 2014
8664645

            SO ORDERED this         day of            , 2014.

                                                                    
                                        CHIEF, UNITED STATES DISTRICT JUDGE