# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574-LPS |
| | ) (consolidated) |
| ALBEREE PRODUCTS, INC., | ) |
| API KOREA CO., LTD., | ) **JURY TRIAL DEMANDED** |
| SAVER AUTOMOTIVE PRODUCTS, INC., | ) |
| and COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on April 6, 2015, upon the following attorneys of record as indicated below:

PLAINTIFF ROBERT BOSCH LLC'S 30(B)(6) NOTICE OF DEPOSITION TO DEFENDANT COSTCO WHOLESALE CORPORATION

## VIA ELECTRONIC MAIL

Sean T. O'Kelly
Daniel P. Murray
O'Kelly Ernst & Bielli, LLC
901 N. Market St., Suite 1000
Wilmington, Delaware 19801
sokelly@oeblegal.com
dmurray@oeblegal.com
*Attorneys for Defendants Alberee Products, Inc. d/b/a Saver Automotive Products, Inc., API Korea Co., Ltd. and Saver Automotive Products, Inc.*

Robert J. Kenney
Michael T. Smith
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
rjk@bskb.com
Michael.T.Smith@bskb.com
mailroom@bskb.com
*Attorneys for Defendants Alberee Products, Inc. d/b/a Saver Automotive Products, Inc., API Korea Co., Ltd. and Saver Automotive Products, Inc.*

| | |
|---|---|
| Mary B. Graham<br>Thomas Curry<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>mgraham@mnat.com<br>tcurry@mnat.com<br>*Attorneys for Defendant Costco Wholesale Corporation* | James W. Dabney<br>Richard M. Koehl<br>Diane E. Lifton<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>james.dabney@hugheshubbard.com<br>richard.koehl@hugheshubbard.com<br>diane.lifton@hugheshubbard.com<br>*Attorneys for Defendant Costco Wholesale Corporation* |

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Mark A. Hannemann
Jeffrey S. Ginsberg
Rose Cordero Prey
Ksenia Takhistova
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel.: (212) 425-7200

Dated: April 6, 2015
1185929/ 39026

By: */s/ Bindu A. Palapura*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiff Robert Bosch LLC*