# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-574-LPS |
| | : (CONSOLIDATED) |
| ALBEREE PRODUCTS, INC., API KOREA CO., LTD., SAVER AUTOMOTIVE PRODUCTS, INC., and COSTCO WHOLESALE CORPORATION, | : |
| Defendants, | : |
| COSTCO WHOLESALE CORPORATION, | : |
| Counter-Plaintiff, | : |
| v. | : |
| ROBERT BOSCH LLC and ROBERT BOSCH GmbH, | : |
| Counter-Defendants. | : |

## MEMORANDUM ORDER

At Wilmington this **26th** day of **February, 2016**:

Pending before the Court is the issue of sanctions related to Bosch LLC's failure to comply with the Court's December 22, 2015 Order. (D.I. 274) The Court held a status teleconference to discuss this issue on February 4, 2016 (Tr.), during which it concluded "that Costco is entitled to some relief" (*id.* at 25) and requested additional letter briefing on the form of relief, which the parties completed on February 16, 2016 (D.I. 344, 345). Having reviewed the parties' filings, the Court finds it is not yet in a position to fully resolve the issue of sanctions,

1

but, consistent with the statement of counsel for the Bosch entities during the February 4 teleconference that, "if at some point a court order directed to GmbH to produce these documents may facilitate all of this . . . the company can say, look, we're subject to a court order" (Tr. at 23), IT IS HEREBY ORDERED that Bosch GmbH shall produce the documents that Bosch LLC was ordered to produce by the Court's December 22, 2015 Order (D.I. 274) no later than March 11, 2016. This order is without prejudice both to any additional sanctions the Court may find appropriate and to Bosch LLC's Motion for Relief (D.I. 284).

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE